**Francis Jarad SCHULTZ, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 23853.**

United States Court of Appeals
Fifth Circuit.

Aug. 31, 1967.

See also 5 Cir., 360 F.2d 616.

Before TUTTLE, BELL and GOLDBERG, Circuit Judges.

PER CURIAM.

This supplementary motion by appellant for rehearing en banc of this court's judgment of February 27, 1967, 373 F.2d 524, is denied without prejudice to any rights appellant may have to file a petition for habeas corpus in the appropriate district court having jurisdiction in the matter.

**Warren Arthur SIMS, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 10937.**

United States Court of Appeals
Fourth Circuit.

Argued June 20, 1967.

Decided July 21, 1967.

Luke Marbury and Russell R. Reno, Jr., Baltimore, Md. (Court-assigned counsel), for appellant.

Theodore R. McKeldin, Jr., Asst. U. S. Atty. (Thomas J. Kenney, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and CRAVEN, Circuit Judges.

PER CURIAM.

For reasons sufficiently appearing in the opinion of the District Judge,* the judgment is affirmed.

Affirmed.

**SEGREST & SONS, INC. and J. W. Segrest, Appellants,**

v.

**UNITED STEEL WORKERS OF AMERICA, DISTRICT 36, et al., Appellees.**

**No. 24002.**

United States Court of Appeals
Fifth Circuit.

Aug. 23, 1967.

John W. Cooper, Birmingham, Ala., for appellants.

Jerome A. Cooper, Birmingham, Ala., for appellees.

Before COLEMAN and AINSWORTH, Circuit Judges, and CARSWELL, District Judge.

PER CURIAM.

We are in full accord with the views expressed by the district court in its opinion appearing in 270 F.Supp. 883, and its judgment rendered is therefore

Affirmed.

* Sims v. United States, D.C.Md., 272 F.Supp. 577.